IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NIRMEEN ELMADANY                                                      PLAINTIFF

v.                         No. 4:25-cv-566-DPM

MARCO RUBIO, in his official capacity as
Secretary of State; BRIAN HEATH, in his
official capacity as Consul General U.S.
Consulate, Frankfurt, Germany; and
JOHN DOES, #1–#10, in their official
capacity as Consular Officers responsible
for issuing visas at the U.S. Consulate
Frankfurt, Germany                                                    DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2025